UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 24, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00076-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BOBBY CONNER, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BOBBY CONNER ,

Case No.  2:21-mj-00076-DB   Charge 21 U.S.C. § 841 and 846 , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Conditions as stated on the record.

Issued at Sacramento, California on May 24, 2021 at 3:20 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE