UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY CONNER,<br><br>Defendant. | Case No. 2:21-mj-00076-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  BOBBY CONNER , Case No.  2:21-mj-00076-DB  Charge 21 U.S.C. § 841 and 846 , from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $  50,000.00 

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

  X   (Other): Conditions as stated on the record.

Issued at Sacramento, California on May 24, 2021 at 3:20 p.m.

_/s/ Jeremy Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE