Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Bobby Conner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>BOBBY CONNER,<br><br>       Defendant. | Case No. 02:21-cr-00104 TLN<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING PROCEEDING |

The government, on behalf of Assistant United States Attorney Aaron Pennekamp, and the defendant, represented by attorney Timothy E. Warriner, hereby stipulate and agree that the date for judgment and sentencing be continued to **October 5, 2023 at 9:30 a.m.,** and that the August 17, 2023 date be vacated.

The parties request that the court adopt the following schedule concerning the presentence investigation report (PSR):

| | | |
|---|---|---|
| Reply or statement of non-opposition filed no later than | : | 9/28/2023 |
| Motion for correction of PSR shall be filed with the court and served on the probation officer and opposing counsel no later than | : | 9/21/2023 |
| Final PSR filed with the court and disclosed to counsel no later than | : | 9/14/2023 |

1

| | | |
|---|---|---|
| Written objections to the PSR shall be delivered to the probation officer and opposing counsel no later than | : | 9/7/2023 |
| Draft PSR disclosed to counsel no later than | : | 8/24/23 |

DATED: June 30, 2023        /s/ Timothy E. Warriner, Attorney for defendant, Bobby Conner

DATED: June 30, 2023        /s/ Aaron Pennekamp, Assistant United States Attorney, for the government

## ORDER

The court hereby continues the judgment and sentencing hearing to October 5, 2023 at 9:30 a.m. The above stipulation of the parties concerning the PSR is adopted and ordered by the court.

DATED: June 30th , 2023

_____
Troy L. Nunley
United States District Judge