Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Bobby Conner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 02:21-cr-00104 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING PROCEEDING |
| vs. | ) ) | |
| BOBBY CONNER, | ) ) | |
| Defendant. | ) ) | |

The government, on behalf of Assistant United States Attorney Cameron Desmond, and the defendant, represented by attorney Timothy E. Warriner, hereby stipulate and agree that the date for judgment and sentencing be continued to **March 14, 2024, at 9:30 a.m.,** and that the January 18, 2024, date be vacated.

The parties request that the court adopt the following schedule concerning the presentence investigation report (PSR):

| | | |
|---|---|---|
| Reply or statement of non-opposition filed no later than | : | March 7, 2024 |
| Formal objections to the PSR shall be filed with the court and served on the probation officer and opposing counsel no later than | : | February 29, 2024 |
| Final PSR filed with the court and disclosed to counsel no later than | : | February 22, 2024 |

1

Counsel's informal objections to the PSR shall be delivered to the probation officer and opposing counsel no later than : February 15, 2024

DATED: December 20, 2023          /s/ Timothy E. Warriner, Attorney for defendant, Bobby Conner

DATED: December 20, 2023          /s/ Cameron Desmond, Assistant United States Attorney, for the government

## ORDER

The court hereby continues the judgment and sentencing hearing to March 14, 2024, at 9:30 a.m. The above stipulation of the parties concerning the PSR is adopted and ordered by the court.

DATED: December 21, 2023

Troy L. Nunley
United States District Judge